IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRBNB, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:18-cv-12358-LTS |
| ) | |
| CITY OF BOSTON, ) | |
| ) | |
| Defendant. ) | |

# **JOINT STIPULATION CONCERNING PLAINTIFF AIRBNB INC.'S MOTION FOR PRELIMINARY INJUNCTION**

The parties in the above-captioned matter, Plaintiff Airbnb, Inc. ("Airbnb) and the Defendant City of Boston ("the City"), hereby agree and stipulate as follows:

1. Airbnb challenges in this litigation certain provisions of the City's Ordinance Allowing Short-Term Residential Rentals in the City of Boston, Docket #0764 ("the Ordinance"), which is scheduled to take effect on January 1, 2019. On November 13, 2018, Airbnb moved for a preliminary injunction seeking to enjoin those challenged provisions of the Ordinance from taking effect during the pendency of this lawsuit. The Court has requested that the parties attempt to agree on a schedule with respect to the briefing and argument on Airbnb's motion, and they have now done so as follows:

    a. the City shall file its response to Airbnb's Complaint and any opposition to Airbnb's Motion for a Preliminary Injunction by January 15, 2019;

    b. Airbnb shall have until February 12, 2019 to file a reply memorandum; and

    c. the Court shall schedule a hearing on Airbnb's Motion for a Preliminary Injunction for a date after the completion of the above briefing.

2. Pending the Court's ruling on Airbnb's Motion for a Preliminary Injunction, the City shall not enforce against Airbnb, or any other Booking Agent (as defined in the Ordinance) sections 9-14.9.a, 9-14.10.b, or 9-14.11 of the Ordinance. In the event the Court rules in the City's favor, in whole or in part, on Airbnb's Motion for a Preliminary Injunction, this paragraph shall be construed to preclude any attempt by the City to retroactively enforce the challenged provisions of the Ordinance based upon acts occurring prior to the Court ruling on the Motion for a Preliminary Injunction.

3. Without prejudice to their rights and positions in this litigation, the parties may voluntarily attempt to negotiate about the terms or proposed terms of any agreement or report contemplated by the Ordinance during this period. Any such negotiations will be considered inadmissible settlement negotiations pursuant to Fed. R. Evid. 408 and any applicable common law.

4. The parties request that this Stipulation be adopted as an order of the Court.

Respectfully submitted,

| CITY OF BOSTON | AIRBNB, INC. |
|---|---|
| By its attorneys,<br>Eugene L. O'Flaherty,<br>Corporation Counsel | By its attorneys, |
| /s/ Nicole M. O'Connor | /s/ Howard M. Cooper |
| NICOLE M. O'CONNOR, BBO# 675535<br>Nicole.O'Connor@boston.gov<br>ADAM CEDERBAUM, BBO# 661549<br>Adam.Cederbaum@boston.gov<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201 | CHAD GOLDER (*Pro hac vice*)<br>chad.golder@mto.com<br>ADELE M. EL-KHOURI (*Pro hac vice*)<br>adele.el-khouri@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>1155 F Street NW, 7th Floor<br>Washington, DC 20004-1361 |

| | |
|---|---|
| (617) 635-4039 | Tel: (202) 220-1100 |
| | Fax: (202) 220-2300 |
| | |
| | JONATHAN H. BLAVIN (*Pro hac vice*) |
| | jonathan.blavin@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105-4000 |
| | Tel: (415) 512-4000 |
| | Fax: (415) 512-4077 |
| | |
| | HOWARD M. COOPER (BBO #543842) |
| | hcooper@toddweld.com |
| | CHRISTIAN G. KIELY (BBO #684308) |
| | ckiely@toddweld.com |
| | TODD & WELD LLP |
| | One Federal Street, 27th Floor |
| | Tel: (617) 720-2626 |
| | Fax: (617) 227-5777 |

Dated: November 16, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on November 16, 2018.

/s/ Howard M. Cooper
Howard M. Cooper