IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AIRBNB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:18-cv-12358-LTS |
| ) | |
| CITY OF BOSTON, ) | |
| ) | |
| Defendant. ) | |

**AIRBNB, INC.'S NOTICE IN RESPONSE TO COURT ORDER [ECF NO. 24]**

In response to the Court's January 10, 2019 Order, ECF No. 24, Plaintiff Airbnb Inc. ("Airbnb") hereby gives notice that it does *not* oppose the City of Boston's ("City") request for an extension of time until February 8, 2019 to respond to Airbnb's complaint and motion for preliminary injunction. Airbnb's only concern, as expressed to the City, is that its motion for preliminary injunction be resolved as quickly as possible. Airbnb agrees to file any reply brief no later than March 8, 2019, *see* ECF No. 23, and asks that the Court promptly schedule a preliminary injunction hearing after it files.

        Respectfully submitted,

        AIRBNB, INC.

        By its attorneys,

        /s/ Howard M. Cooper

        CHAD GOLDER (*Pro hac vice*)
        chad.golder@mto.com
        ADELE M. EL-KHOURI (*Pro hac vice*)
        adele.el-khouri@mto.com
        MUNGER, TOLLES & OLSON LLP
        1155 F Street NW, 7th Floor
        Washington, DC 20004-1361
        Tel: (202) 220-1100
        Fax: (202) 220-2300

        JONATHAN H. BLAVIN (*Pro hac vice*)
        jonathan.blavin@mto.com
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street, 27th Floor
        San Francisco, CA 94105-4000
        Tel: (415) 512-4000
        Fax: (415) 512-4077

        HOWARD M. COOPER (BBO #543842)
        hcooper@toddweld.com
        CHRISTIAN G. KIELY (BBO #684308)
        ckiely@toddweld.com
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Tel: (617) 720-2626
        Fax: (617) 227-5777

Dated: January 11, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, and served to all counsel of record on January 11, 2019.

                                           /s/ Christian G. Kiely
                                           Christian G. Kiely