UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 18-cv-12358-LTS**

AIRBNB, INC.,

      Plaintiff,

v.

CITY OF BOSTON,

      Defendant.

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to this Court's Order dated May 3, 2019, the Plaintiff, Airbnb, Inc. ("Airbnb"), and the Defendant, City of Boston ("City") (collectively, "Parties"), hereby submit the following joint status report. As outlined below, except where indicated that the Parties are in agreement, the Parties have separate proposals for a schedule to govern the remainder of this litigation.

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by June 15, 2019. The Parties are in agreement as to this deadline.

2. **Fact Discovery – Final Deadline**.

    a. Airbnb proposes that all fact discovery be completed by August 30, 2019.[1] Airbnb believes that a shorter than normal fact discovery period is appropriate in this case given that the issues before the Court in this action are predominantly legal ones that can be decided on cross-motions for summary judgment without

---

[1] Airbnb is considering its right to appeal the Court's May 3, 2019 Order on Airbnb's Motion for a Preliminary Injunction, and if such an appeal is taken, reserves the right to seek to modify any schedule entered by the Court. In the event that an appeal is taken, Airbnb will first meet and confer with the City about the case schedule.

significant expansion of the record.  Further, to the extent there are factual issues, they primarily concern Airbnb's publicly accessible website and can thus largely be developed outside of formal discovery.

b.  The City proposes that all fact discovery be completed by <u>November 29, 2019</u>.

3.  **Expert Discovery.**

a.  Airbnb proposes that affirmative expert reports, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>September 30, 2019</u>; that rebuttal experts shall be disclosed by <u>October 31, 2019</u>; and that expert discovery shall be completed by <u>November 30, 2019</u>.  Airbnb believes that a simultaneous exchange of affirmative expert reports, followed by a period for rebuttal and simultaneous exchange of rebuttal experts, would be more efficient than the City's proposal, under which Airbnb discloses its expert(s) first and the City does so thirty days later.   Under that scenario, to the extent the City's expert disclosures go beyond a mere rebuttal of Airbnb's expert disclosures, Airbnb would be entitled to an opportunity to rebut the City's affirmative expert opinions, thus prolonging expert discovery if those affirmative disclosures are not simultaneously exchanged.  To extent the Court is inclined to adopt the City's proposal set forth below, Airbnb requests that an additional 30 days be added to the schedule to allow it to rebut the City's expert disclosures, if necessary.

b.  The City proposes that Airbnb's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2), must be disclosed by <u>January 31, 2020</u>; that the City's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by

February 28, 2020; and that expert depositions shall be completed by <u>March 31, 2010</u>.

4. **Dispositive Motions.**

   a. Airbnb proposes that dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>January 15, 2020</u>.

   b. The City proposes that dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>May 15, 2020</u>.

5. **Trial by Magistrate Judge.**  The Parties do not consent to a trial before a Magistrate Judge.

6. **Certification.**  Each party has filed, or will file, certifications signed by counsel and by an authorized representative of each party as required by Local Rule. 16.1.

Respectfully submitted:

PLAINTIFF, AIRBNB, INC.

By its attorneys:


/s/ Christian G. Kiely

CHAD GOLDER (*Pro hac vice*)
chad.golder@mto.com
ADELE M. EL-KHOURI (*Pro hac vice*)
adele.el-khouri@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street NW, 7th Floor
Washington, DC 20004-1361
Tel: (202) 220-1100
Fax: (202) 220-2300

JONATHAN H. BLAVIN (*Pro hac vice*)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-4000
Tel: (415) 512-4000
Fax: (415) 512-4077

HOWARD M. COOPER (BBO #543842)
hcooper@toddweld.com
CHRISTIAN G. KIELY (BBO #684308)
ckiely@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Tel: (617) 720-2626

Respectfully submitted:

DEFENDANT, CITY OF BOSTON

By its attorneys:

Eugene L. O'Flaherty
Corporation Counsel

/s/ Nicole M. O'Connor
ADAM CEDERBAUM (BBO#661549)
Adam.Cederbaum@boston.gov
NICOLE M. O'CONNOR (BBO#675535)
Nicole.OConnor@boston.gov
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4034

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system on May 17, 2019.


/s/ Nicole M. O'Connor
Nicole M. O'Connor