# United States Court of Appeals
## For the First Circuit

No. 19-1561

AIRBNB, INC.

Plaintiff - Appellant

v.

CITY OF BOSTON

Defendant - Appellee

**MANDATE**

Entered: September 3, 2019

In accordance with the judgment of September 3, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan Hugh Blavin
Adam N. Cederbaum
Howard M. Cooper
Adele M. El-Khouri
Chad Golder
Christian Kiely
Nicole Marie O'Connor
Nicholas C. O'Neill
Donald B. Verrilli Jr.